**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHELLE BARNARD,** : | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION NO. 3:15-2220** |
| **LACKAWANNA COUNTY,** : | **(JUDGE MANNION)** |
| **BRIAN LOUGHNEY, in his** | |
| **individual capacity,** : | |
| **Defendants** : | |

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED** that the plaintiff's motion to stay the current action while claims pending at the Equal Employment Opportunity Commission ("EEOC") become ripe, (Doc. 17), is **DENIED**.

            S/ *Malachy E. Mannion*
            **MALACHY E. MANNION**
            **United States District Judge**

**Date: January 29, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2220-01-ORDER.wpd