# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE BARNARD,** : | |
|    **Plaintiff,** : | **CIVIL ACTION NO. 3:15-2220** |
|    v. : | |
| **LACKAWANNA COUNTY,** : | **(JUDGE MANNION)** |
| **BRIAN LOUGHNEY, in his** | |
| **individual capacity,** : | |
|    **Defendants** : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that the plaintiff's Motion to Strike (Doc. 11) is **DENIED** and the defendants' Motion for Judgment on the Pleadings, (Doc. 9), is **GRANTED**. The Clerk shall enter judgment in favor of the defendants and against the plaintiff. The Clerk is also directed to close this case.

                                               s/ *Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**Date: July 8, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2220-03-ORDER.wpd